1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:07-CV-5218-FDB |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT STIPULATION REGARDING CONTINUATION OF CIVIL CASE SCHEDULE AND [PROPOSED] ORDER |
| JOHN E. PRICE AND SHIRLEY L. PRICE, | ) ) | |
| Defendants. | ) ) ) | NOTE ON MOTION CALENDAR: Monday, April 21, 2008 |

The parties hereby jointly stipulate to and respectfully request the issuance of an order continuing the date currently set for trial in this case and adopting the revised pretrial schedule set forth below.

The Court established the litigation schedule in this case on September 12, 2007. (Minute Order Scheduling Jury Trial and Pretrial Dates (Docket No. 16).) Since that time, the parties have begun settlement discussions and conducted written discovery, exchanging interrogatories and document productions. The parties agree that further discussions about the possibility of settlement are desirable, and a continuation of the civil case schedule will allow for such discussions. The parties propose the revised pretrial schedule set forth below to allow such additional time for further discussion of settlement.

Accordingly, the parties respectfully submit that good cause exists for the Court to issue an order continuing the civil case schedule, and they propose the following revised pretrial schedule, which would extend by approximately 90 days all remaining deadlines:

JOINT STIPULATION REGARDING DEADLINES
(W.D. Wash. 3:07-cv-5218-FDB) - 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION,
HOUSING AND CIVIL ENFORCEMENT
SECTION
950 PENNSYLVANIA AVENUE N.W.
NORTHWESTERN BUILDING, 7TH FLOOR
WASHINGTON, D.C. 20530
(202) 305-0022

1    Disclosure of expert witnesses and their opinions by 07/21/2008

2    Disclosure of rebuttal experts and their opinions by 08/19/2008

3    Objection to the oppositions' experts by 09/18/2008

4    Discovery cut-off and filing date for amended pleadings by 09/29/2008

5    Completion of mediation process and letter of compliance by 10/08/2008

6    All remaining motions, including DISPOSITIVE MOTIONS, by 10/20/2008

7    Filing of Trial Briefs, Motions in Limine, Proposed Jury Instructions, and

8    lodging Proposed Pre-Trial Order by 12/18/2008

9    Pre-Trial Conference on 01/09/2009 at 2:00 pm

10   Trial for four days beginning on 01/26/2009 at 9:00 am.

11   Respectfully submitted,

12   Dated: April 21, 2008

13    s/ signed on original

14   WILLIAM R. KIENDL
     Washington State Bar Number 23169
15   Lee Smart, P.S., Inc.
     1800 One Convention Place
16   701 Pike Street
     Seattle, WA 98101-3929
17   Phone: (206) 624-7990
     Fax: (206) 624-5944
18   E-mail:  wrk@leesmart.com

19   Dated April 21, 2008

20    s/ signed on original
     REBECCA B. BOND
21   Deputy Chief
     CHRISTOPHER J. FREGIATO
22   Attorney
     U.S. Department of Justice
23   Housing and Civil Enforcement Section
     Civil Rights Division
24   950 Pennsylvania Ave., N.W.
     Northwestern Building, 7th Floor
25   Washington, DC 20530
     Phone: (202) 305-0022
26   Fax:  (202) 514-1116
     E-mail:  Christopher.Fregiato@usdoj.gov

27

28

JOINT STIPULATION REGARDING DEADLINES
(W.D. Wash. 3:07-cv-5218-FDB) - 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION,
HOUSING AND CIVIL ENFORCEMENT
SECTION
950 PENNSYLVANIA AVENUE N.W.
NORTHWESTERN BUILDING, 7TH FLOOR
WASHINGTON, D.C. 20530
(202) 305-0022

1

2          IT IS SO ORDERED.

3          Dated this 22nd day of April, 2008.

4

5          _____

6          The Honorable Franklin D. Burgess
           United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING DEADLINES
(W.D. Wash. 3:07-cv-5218-FDB) - 3

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION,
HOUSING AND CIVIL ENFORCEMENT
SECTION
950 PENNSYLVANIA AVENUE N.W.
NORTHWESTERN BUILDING, 7TH FLOOR
WASHINGTON, D.C. 20530
(202) 305-0022

<u>Certificate of Service</u>

I, Christopher J. Fregiato, certify that on this 21st day of April, 2008, I electronically filed with the Clerk of Court this *Joint Stipulation Regarding Continuation of Civil Case Schedule and [Proposed] Order* on the joint behalf of the parties using the CM/ECF system, which will send notification of such filing to the following individuals:

William R. Kiendl  
wrk@leesmart.com  
1800 One Convention Place  
701 Pike Street  
Seattle, WA 98101-3929  
Phone: (206) 624-7990  
Fax: (206) 624-5944  

Joel E. Wright  
jw@leesmart.com  
1800 One Convention Place  
701 Pike Street  
Seattle, WA 98101-3929  
Phone: (206) 624-7990  
Fax: (206) 624-5944  

   s/ signed on original
_____
CHRISTOPHER J. FREGIATO  
Attorney  
U.S. Department of Justice  
Housing and Civil Enforcement Section  
Civil Rights Division  
950 Pennsylvania Ave., N.W.  
Northwestern Building, 7th Floor  
Washington, D.C. 20530  
Phone: (202) 305-0022  
Fax:  (202) 514-1116  
E-mail:  Christopher.Fregiato@usdoj.gov  

JOINT STIPULATION REGARDING DEADLINES  
(W.D. Wash. 3:07-cv-5218-FDB) - 4  

UNITED STATES DEPARTMENT OF JUSTICE  
CIVIL RIGHTS DIVISION,  
HOUSING AND CIVIL ENFORCEMENT  
SECTION  
950 PENNSYLVANIA AVENUE N.W.  
NORTHWESTERN BUILDING, 7TH FLOOR  
WASHINGTON, D.C. 20530  
(202) 305-0022