UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

JOHN E. and SHIRLEY L. PRICE,

　　　　Defendant.

Case No. C07-5218FDB

ORDER GRANTING MOTION TO WITHDRAW and REQUIRING JOINT STATUS REPORT FOR REPORT ON CONSENT DECREE

　　　Intervenor Defendant William Price's attorney, Lonnie Davis, moves to withdraw, explaining that his client no longer wants his representation. The parties filed a Joint Status Report, following Mr. Davis' motion, and the parties report, among other things, that they have all been advised that William Price has discharged his attorney and that there is a motion to withdraw, and that all parties – the United States, the Price defendants, and the Intervenor (William Price) – have reached a tentative agreement, which depends upon final approval by the Office of the Assistant Attorney General for Civil Rights. It will take an indeterminate amount of time for a consent decree to be executed, approved, and presented to the Court for entry. The United States and the Price Defendants recommend that the Court enter an order requiring another Joint Status Report in 60 days, to report progress on perfection of the consent decree.

ORDER - 1

1     NOW, THEREFORE, IT IS ORDERED:

2     (1) Motion of Lonnie Davis, attorney for Intervenor William B. "Freeman" Price, to

3 Withdraw [Dkt. # 40] is GRANTED; William B. "Freeman" Price's address is 2120 -46th Avenue,

4 Apt. 13, Longview, WA 98632.

5     (2) The Parties shall file another Joint Status Report to report on the status of the consent

6 decree in this case by no later than September 18, 2009.

7     DATED this 17th day of July, 2009.

                                         FRANKLIN D. BURGESS
                                         UNITED STATES DISTRICT JUDGE

ORDER - 2